**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**KHALIFAH M. MOHAMED,**[1]
    **Plaintiff,**

**vs.**                        **3:07cv135/RV/MD**

**STATE OF FLORIDA, et al.,**
    **Defendants.**

_____

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 10, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is dismissed without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    At Pensacola, Florida, this 30th day of April, 2007.

                                            */s/ Roger Vinson*
                                            **ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff indicates in her complaint that the correct spelling of her name is "Mohamed" although the case caption on her attachment pages reflects her name as "Mohamad."